[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1566

 UNITED STATES,

 Appellee,

 v.

 KEVIN PATRICK GILDEA,

 Defendant, Appellant.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Richard G. Stearns, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Selya and Stahl,
 Circuit Judges. 

 

Mark J. Gillis on brief for appellant. 
Donald K. Stern, United States Attorney, and James F. Lang, 
Assistant U.S. Attorney, on brief for appellee.

 

 December 4, 1997
 

 Per Curiam. Upon careful review of the briefs and 

record, we perceive no reason to set aside the revocation of

probation or the sentence imposed. The magistrate judge and

district court adequately explained the rulings, and we add

only these comments:

 1. The findings, including the finding that appellant

waived a preliminary hearing and also waived appointed

counsel, are adequately supported by the record. 

 2. Essentially for the reasons given by the district

court, the FBI's request that the probation officer submit

the petition for revocation at a particular time did not

invalidate the revocation.

 3. None of the issues raised in appellant's pro se

supplemental brief present grounds for reversal here. We

decline to consider his challenges to his underlying

conviction and sentence.

 Affirmed. See 1st Cir. Loc. R. 27.1. 

 -2-